JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CAURELIOLA MIXON, | Case No. 5:20-CV-1539-PA (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JIM ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 15, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE